No. 10–9396.  GREER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–9397.  SETTLES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9403.  HILL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9414.  ALSTON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9423.  NORMAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9424.  BENNETT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–702.  MUNOZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1099.  O'DONNELL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7719.  ORTIZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7814.  AL-BIHANI v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7824.  LONIELLO ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8731.  LYLES v. LEMMON ET AL.  C. A. 5th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9234.  JONES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consid-